725 A.2d 1125

SUZANNE TURNER, ET AL., PLAINTIFFS–RESPONDENTS, v.
FIRST UNION NATIONAL BANK, DEFENDANT, AND
COLLECTIVE BANK, DEFENDANT–MOVANT.

January 27, 1999.

Leave to cross-appeal is granted.